United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Louis Gordon Bruno – #137898

                                        /

No. C 13-80076 WHA

**ORDER OF SUSPENSION**

      Because Louis Gordon Bruno has failed to respond to the order to show cause, Mr. Bruno's membership in the bar of this Court is hereby **SUSPENDED**.

      **IT IS SO ORDERED.**

Dated: September 3, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE